FILED

2026 Jul-07 PM 02:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

**ARTHUR BEN WILSON, JR.,**

    **Plaintiff,**

**v.**

**KEVIN TURNER,**

    **Defendant.**

**Case No. 5:26-cv-79-HDM-NAD**

## <u>ORDER</u>

On June 17, 2026, the magistrate judge entered a report recommending that the court dismiss this action without prejudice for Plaintiff Arthur Ben Wilson, Jr.'s failure to prosecute. (Doc. 12). The magistrate judge advised Wilson of his right to file written objections within fourteen days, *id.* at 2, but the court has not received any. When no party objects to a magistrate judge's report and recommendation, this court reviews it for clear error. *Haywood v. Green*, 695 F. Supp. 1315, 1318 (N.D. Ala. 2023).

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **DISMISSES** this action **WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for Wilson's failure to prosecute. The court will enter a separate final order.

**DONE** and **ORDERED** on July 7, 2026.

**HAROLD D. MOOTY III**
UNITED STATES DISTRICT JUDGE